## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-06182-VBF (AS) | Date | June 19, 2019 |
|---|---|---|---|
| Title | Eugene A. Sinohue v. J.A. Lizarraga, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS)** ORDER TO SHOW CAUSE

On August 21, 2017, Eugene A. Sinohue ("Petitioner"), a California prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"). (Docket Entry No. 1).

On September 8, 2017, Petitioner filed a Motion for a Stay and Abeyance pursuant to Rhines v. Webber, 544 U.S. 269, 276 (2005), seeking a stay of the Petition while he returns to the state courts to exhaust his unexhausted claims. (Docket Entry No. 6). On October 27, 2017, Respondent filed an Opposition to the Motion for a Stay and Abeyance. (Docket Entry No. 15).

On October 30, 2017, the Court issued an Order granting the Motion for a Stay and Abeyance under Rhines. (Docket Entry No. 17). Accordingly, the Court permitted Petitioner to proceed to state court to exhaust the claims alleged in the Petition. Id. at 4. The Court ordered Petitioner to file a status report, no later than December 29, 2017, and every sixty (60) days thereafter, addressing the status of Petitioner's state habeas petition, including the date it was filed, the court in which it is pending, the case number, and any recent activity. Id. The Court also directed Petitioner to notify the Court within thirty (30) days of the California Supreme Court's decision on a habeas petition filed by Petitioner. Id.. Petitioner was expressly warned that failure to comply with the Court's Order may result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b). Id.

Petitioner filed his first status report on January 21, 2018 . (Docket Entry No. 21).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-06182-VBF (AS) | Date | June 19, 2019 |
|---|---|---|---|
| Title | Eugene A. Sinohue v. J.A. Lizarraga, Warden | | |

Petitioner filed his second status report on February 26, 2018. (Docket Entry No. 22). Petitioner filed his third status report on April 23, 2018. (Docket Entry No. 23). Since Petitioner's third status report was not in compliance with the Court's October 30, 2017 Order, on April 30, 2018, the Court issued a Minute Order ordering Petitioner to file a supplemental third status report, addressing the status of Petitioner's state habeas petition, including the date it was filed, the court in which it is pending, the case number, and any recent activity. (Docket Entry No. 25). On May 14, 2018, Petitioner filed a supplemental third status report. (Docket Entry No. 26). Since the supplemental third status report did not contain complete information, on May 16, 2018, the Court issued a Minute Order ordering Petitioner to file a second supplemental third status report. (Docket Entry No. 27). On May 31, 2018, Petitioner filed a second supplemental third status report. (Docket Entry No. 31). On June 14, 2018, Petitioner filed an attachment to the second supplemental third status report. (Docket Entry No. 32). On July 5, 2018, Petitioner filed a fourth status report. (Docket Entry No. 33). On August 22, 2018, Petitioner filed a fifth status report. (Docket Entry No. 34). On January 7, 2019, Petitioner filed a sixth status report. (Docket Entry No. 36).[1] On March 8, 2018, Petitioner filed a seventh status report. (Docket Entry No. 38).

Petitioner's next status report was due no later than May 7, 2019. To date, Petitioner has failed to file a status report informing the Court of the status of his state habeas petition, in noncompliance with the Court's Order dated October 30, 2017.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why the Court should not dismiss this action for failure to prosecute and/or comply with Court orders, or vacate the stay of this action. Petitioner must file a response to this Order no later than **July 3, 2019**. Any response to this Order must include the following information: the status of Petitioner's state habeas petition, including the date it was filed, the court in which it is pending, the case number and any recent activity.

**Petitioner is expressly warned that failure to file a timely response to this Order**

---

[1] In the sixth status report, Petitioner moved for additional time, based on his hospitalizations and transfers without his legal files, to file a habeas petition in "a higher appellate court" so that he receives gap tolling. The Court denied Petitioner's motion, stating that the issue of entitlement to gap tolling will be addressed at a later date, if necessary. (Docket Entry No. 37).

**will result in a recommendation that this action be dismissed with prejudice for his failure to prosecute and/or obey Court orders. See Fed. R. Civ. P. 41(b); Rule 12, Rules Governing Section 2254 Cases in the United States District Courts.**

|  | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | | AF | |